UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
FRED KELLY,                                         :
                                                    :
                              Plaintiff,            :            25-CV-07365 (JAV)
                                                    :
              -v-                                   :            TRANSFER ORDER
                                                    :
LONG ISLAND RAILROAD COMPANY,                       :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Plaintiff brings this action under the Federal Employers' Liability Act, 45 U.S.C. § 51.

Plaintiff alleges injuries suffered by him while employed by Defendant.  On September 9, 2025,

the Court ordered the Parties to show cause as to why this case should not be transferred to the

United States District Court for the Eastern District of New York. ECF No. 5 ("September 9, 2025

Order to Show Cause").  Upon consideration of the Plaintiff's response and for the following

reasons, this action is transferred to the United States District Court for the Eastern District of New

York. See ECF No. 6.

        Under 28 U.S.C. § 1391(b), a civil action may be brought in "(1) a judicial district in which

any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim

occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there

is no district in which an action may otherwise be brought as provided in this section, any judicial

district in which any defendant is subject to the court's personal jurisdiction with respect to such

action."  Under section 139l(c), a "natural person" resides in the district where the person is

domiciled, and an "entity with the capacity to sue and be sued" resides in any judicial district where

it is subject to personal jurisdiction with respect to the civil action in question.  See 28 U.S.C. § 1391(c)(l), (2).

Plaintiff is a resident of Suffolk County, New York.  *See* ECF No. 1 at 1.  Plaintiff alleges Defendant is a railroad carrier corporation that operates a railroad system and railroad yards within the jurisdiction of this Court.  *Id*.  However, Defendant's operational headquarters appear to be located at Jamaica Station, Queens, New York, within the Eastern District of New York. (https://www.mta.info/contact-us/regular-mail).  Additionally, on September 5, 2025, Plaintiff filed a request for the issuance of a summons as to the Defendant located at Jamaica Station.  ECF No. 2.  Additionally, Plaintiff does not allege that a substantial part of the events or omissions giving rise to his claim arose in this district.  Plaintiff's claims arose in the vicinity of Track 11, Jamaica Queens New York, which lies in Queens County, located in the Eastern District of New York.  See ECF No. 1 at 1-3.

In response to the September 9, 2025 Order to Show Cause, Plaintiff's counsel affirmed, after review of their file, that they had "no objection to the matter being transferred to the Eastern District of New York."  ECF No. 6.  Accordingly, as venue is proper in the Eastern District of New York under 28 U.S.C. § 1391(b)(2), this action is hereby transferred to the United States District Court for the Eastern District of New York, 28 U.S.C. § 1406(a).

The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Eastern District of New York and to terminate this case in the Court's docket.

SO ORDERED.

Dated:  September 17, 2025
        New York, New York

JEANNETTE A. VARGAS
United States District Judge